FRANKLIN J. LOVE, Bar #80334
LAW OFFICE OF FRANKLIN J. LOVE
800 S. Barranca Ave., Ste. 100
Covina, California 91723
(626)653-0455

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEX INTERNATIONAL TRANSPORT, INC. and CHUN MO KIM<br><br>        Plaintiffs<br>    vs.<br><br>IVY EXPRESS INTERNATIONAL, INC. TRANSNET LOGISTICS, INC., YOUNG UK KIM and JUDY KIM, jointly and severally<br><br>        Defendants | CASE No. CV 06-00780-SGL-VBK<br><br>**RENEWAL OF DEFAULT JUDGMENT BY CLERK** |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The Judgment entered on September 29, 2006 against against defendants, **IVY EXPRESS INTERNATIONAL, INC., TRANSNET LOGISTICS, INC., YOUNG UK KIM and JUDY KIM**, jointly and severally,

is hereby renewed on the amounts set forth:

**RENEWAL OF MONEY JUDGMENT**

| | | |
|---|---|---:|
| a. | Total judgment | $252,364.53 |
| b. | Costs after judgment | 0.00 |
| c. | Attorney fees | 0.00 |
| d. | Subtotal (add a thru c) | 252,364.53 |
| e. | Credits after Judgment | 0.00 |
| f. | Subtotal (substract e from d) | 252,364.53 |
| g. | Interest after judgment | 121,301.26 |
| h. | Fee for filing renewal | 0.00 |
| i. | **Total renewed judgment** | **$373,665.79** |

DATED: 6/6/2016      Clerk by s/ J. Remigio

Page 2 of 2

RENEWAL OF DEFAULT JUDGMENT
Case No. CV-06-00780-SGL-VBK